UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROQUE MARTINEZ PROVISOR,

Plaintiff,

-against-

CAMPOS VERDES CORP. d/b/a JIMBO'S BURGER PALACE, REGULO HERNANDEZ, ROBERTO HERNANDEZ, and HUMBERTO HERNANDEZ,

Defendants.

Civil Action No. 1:26-cv-02776-ER

**~~[PROPOSED]~~ JUDGMENT**

**WHEREAS**, on July 9, 2026, Defendants Campos Verdes Corp. d/b/a Jimbo's Burger Palace, Regulo Hernandez, Roberto Hernandez, and Humberto Hernandez served upon Plaintiff Roque Martinez Provisor an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, offering to allow judgment to be taken against them and in favor of Plaintiff in the total amount of $40,000.00, inclusive of all of Plaintiff's claims and all reasonable costs and fees (including attorneys' fees) incurred through the date of the Offer; and

**WHEREAS**, on July 13 , 2026, Plaintiff timely served written notice of acceptance of the Offer of Judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure; and

**WHEREAS**, the Offer of Judgment, Plaintiff's Notice of Acceptance, and proof of service thereof have been filed with the Court;

**NOW, THEREFORE,** it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff Roque Martinez Provisor and against Defendants Campos Verdes

Corp. d/b/a Jimbo's Burger Palace, Regulo Hernandez, Roberto Hernandez, and Humberto Hernandez, jointly and severally, in the total amount of Forty Thousand Dollars and Zero Cents ($40,000.00), inclusive of all compensatory damages, statutory damages, liquidated damages, penalties, interest, costs, and attorneys' fees.

Dated: New York, New York
July 21, 2026

SO ORDERED:

Edgardo Ramos, U.S.D.J.